Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000082
27-OCT-2017
10:43 AM

NO. CAAP-17-0000082

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GREEN TREE SERVICING, LLC, now known as
DITECH FINANCIAL, LLC,
Plaintiff/Counterclaim Defendant-Appellee,
v.
ROSY ESPRECION THOMAS,
Defendant/Counterclaim Plaintiff-Appellant,
and
APRIL ROSE ANUHEA THOMAS and BRADLEY SCOTT THOMAS,
Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2392)


ORDER DISMISSING APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon review of the record, it appears that:

(1) On February 16, 2017, Defendant-Appellant Rosy Esprecion Thomas (Appellant), pro se, conventionally filed a notice of appeal. The circuit court clerk electronically filed the notice of appeal on February 21, 2017;

(2) On April 8, 2017, the circuit court clerk filed the record on appeal;

(3) On May 25, 2017, the appellate clerk filed an amended notice of entering case on calendar, indicating the statement of jurisdiction and opening brief were due on or before June 5, 2017, and July 5, 2017, respectively;

(4) Appellant did not file either document or request an extension of time;

(5) On July 27, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 7, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(6) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 27, 2017.

Chief Judge

Associate Judge

Associate Judge

2